UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael R. George, | Case No. 15-cv-3349 (WMW/BRT) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Denise Wilson, Warden, | |
| Respondent. | |

This matter is before the Court on the March 21, 2016 Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes. Neither party filed objections to the Report and Recommendation in the time period permitted.[1]

Based on the Report and Recommendation of Magistrate Judge Keyes, (Dkt. 11), and all of the files, records and proceedings, **IT IS HEREBY ORDERED** that Petitioner's Application for Habeas Corpus Relief under 28 U.S.C. § 2241, (Dkt. 1), is **DENIED** and this matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 27, 2016

    s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge

---

[1] On April 6, 2016, Petitioner filed a Motion for Continuance, seeking an extension to file his objections. (Dkt. 13.) This Court denied Petitioner's Motion for Continuance in a separate order.